# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

641 Nicholson Street Northeast
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 07-235-M-01

TO: Special Agent Joshua C. Green and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Joshua C. Green who has reason to believe that on the premises known as (name, description and or location)

641 NICHOLSON STREET NORTHEAST, WASHINGTON, D.C. (This location is described as a two story red brick duplex residence located on the south side of Nicholson Street Northeast between 6th Street Northeast and Kensington Place Northeast, Washington, D.C. To the immediate right of the front porch door the residence is marked "641" in dark numbers on a white background. The front door is grey in color, the residence has white trim and an enclosed porch which is white in color with windows. Directly to the left and attached to the residence is another residence that is marked "643". The front yard has a grey colored chain link fence around it.)

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  June 1, 2007
                                                   Date

the place named above for the property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

MAY 23 2007  at Washington, D.C.
Date and Time Issued   3:20 pm

United States Magistrate Judge
Signature of Judicial Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>05/23/2007 | DATE AND TIME WARRANT EXECUTED<br>05/30/2007  8:50 a.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF  ATF SAs Vasaka, Green, Oliver, Berryman, and Ybarra | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

```
Suspected crack cocaine in excess of 150 grams
Suspected drug packaging material and paraphernalia
Digital scales
Assorted rounds of ammunition
Four firearms -- Millenium Pro 9mm pistol
                 Colt .45 pistol
                 Taurus .38 revolver
                 Hi-Point 9mm pistol
Mail matter
Assorted documents (financial and contact information)
Three safes containing U.S. currency, two bottles with U.S. currency, two bottles with
      U.S. currency (coins) totaling $145,276.83
Five cell phones
Ballistic vest (body armor)
Keys
Black holster
Two watches -- Swiss and Valentino
```

**FILED**

MAY 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_(signature)_

Subscribed, sworn to, and returned before me this date.

_(signature)_                              5-31-07
U.S. Judge or Magistrate                    Date